Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff,
Andres Gomez

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>      Plaintiff,<br><br>   vs.<br><br>BRU WIFFLE LLC;<br><br>      Defendant. | No. 2:21-cv-05002-ODW-PLA<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF FEDERAL CLAIMS IN ACTION WITH PREJUDICE, AND STATE CLAIMS WITHOUT PREJUDICE** |

**WHEREAS,** Defendant has not filed an answer or motion for summary judgment;

**WHEREAS,** no counterclaim has been filed;

**WHEREAS,** Plaintiff hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff's federal claim (namely his First Claim brought under the Americans with Disabilities Act) in this action be dismiss in its entirety with prejudice.

**WHEREAS,** Plaintiff's state claims (namely his Second Claim alleging violations of the California Unruh Civil Rights Act and his Third Claim

allegations violations of the California Health & Safety Code) be dismissed without prejudice to Plaintiff's right to re-file such claims in state court.

Date: August 24, 2021                    MOORE LAW FIRM, P.C.

                                         /s/ Tanya E. Moore
                                         Tanya E. Moore
                                         Attorney for Plaintiff,
                                         Andres Gomez