**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| No. | 2:21-cv-05002-ODW (PLAx) | Date | August 26, 2021 |
|---|---|---|---|
| Title | *Andres Gomez v. Bru's Wiffle LLC* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**

Pursuant to Plaintiff's corrected Notice of Voluntary Dismissal (ECF No. 18) and Federal Rule of Civil Procedure 41(a)(1)(A)(i):

**IT IS HEREBY ORDERED** that

1. The entire action and all claims asserted therein are hereby **DISMISSED**. Plaintiff's ADA claim is dismissed **WITH PREJUDICE**, and Plaintiff's Unruh Act claim is dismissed **WITHOUT PREJUDICE**; and

2. All dates and deadlines in this action are **VACATED** and taken off calendar.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                                                          : 00

Initials of Preparer    SE